**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO.:  3:06-61 (JFA) |
| | ) | |
| -vs- | ) | |
| | ) | |
| | ) | ORDER TO REVOKE BOND |
| **BOOTSIE MONTGOMERY** | ) | |

For the reasons stated in the defendant's motion requesting the court to revoke his bond, the court finds good cause to take this action.  Therefore, the defendant's bond is hereby revoked, effective March 7, 2012.

IT IS SO ORDERED.

February 16, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge